UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LUTHER LOPEZ,

Plaintiff,

-against-

CHECKR, INC.,

Defendant.
------------------------------------------------------x

**ORDER**

26 Civ. 4704 (JGLC)(JCM)

On July 24, 2026, Defendant filed a Motion to Compel Arbitration and Stay the Case. (Docket No. 18). Thus, the Initial Conference scheduled for August 3, 2026 is adjourned *sine die* and all discovery is stayed until the motion to compel arbitration is decided by the Honorable Jessica G. L. Clarke.

Dated: July 28, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge